IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN S. BRENNAN, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | Case No. 3:04-0650 |
| v. ) | Judge Trauger |
| ) | Magistrate Judge Brown |
| TRACTOR SUPPLY COMPANY, ) | |
| INC., ) | JURY DEMAND |
| ) | |
|     Defendant. ) | |

### ORDER

For the reasons expressed in the accompanying memorandum, defendant Tractor Supply Company, Inc.'s Motion for Summary Judgment (Docket No. 29) is **GRANTED** and the claims of plaintiff John S. Brennan are **DISMISSED**.

It is so **ORDERED**.

Enter this 27th day of July 2005.

_____
ALETA A. TRAUGER
United States District Judge